Irwin Millard, Appellant, v. Castle Baking Company, a corporation, and N. Tito, Appellees.

Gen. No. 47,647.

First District, Second Division.
September 22, 1959.
Released for publication October 28, 1959.

Meyer Z. Grant and Melvin A. Weinstein, for appellant; Irving D. Levin, for appellees. Opinion by JUSTICE LEWE. **Not to be published in full.**